FILED

12/28/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 20-0518

IN THE SUPREME COURT OF THE STATE OF MONTANA

Supreme Court Cause No. DA 20-0518

KARL KNUCHEL
Knuchel & Oden, P.C.
101 North E Street
P.O. Box 953
Livingston, MT 59047
Telephone: 406/222-0135
Email: karl@knuchelandoden.com
ATTORNEY FOR RESPONDENT/APPELLANT

---

| | |
|---|---|
| THERESA CARBAH, )<br>)<br>Petitioner and Appellee, )<br>)<br>v. )<br>)<br>CHRISTOPHER CARBAH, )<br>)<br>)<br>)<br>Respondent and Appellant. )<br>)  | **ORDER FOR EXTENSION OF TIME TO FILE OPENING BRIEF** |

UPON review of the *Unopposed Motion for Extension of Time to File Opening Brief* by counsel for the Respondent/Appellant herein and good cause appearing therefor,

IT IS HEREBY ORDERED that the time to file Appellant's reply brief is extended to the 22nd day of January, 2021.

DATED this 22nd day of December, 2020.

_____
JUSTICE OF THE SUPREME
COURT OF MONTANA

cc: Karl Knuchel
Kirsten Mull Core

Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
December 28 2020